UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :
                              :    Crim. No. 01-401 (KSH)
                              :
     v.                       :
                              :    **ORDER**
                              :
CHRISTOPHER RIVERS,           :
          Defendant           :

After having reviewed and considered the written submission of defendant Christopher Rivers seeking a modification of his sentence pursuant to Title 18, United States Code, Section 3582, on the basis of the recently amended "crack" Sentencing Guidelines, and having reviewed and considered the Government's response, it is hereby ORDERED that defendant Christopher River's request for modification of his 120 month sentence is denied on the grounds that the defendant's prior sentence was for his conviction of an offense that involved (1) heroin, not "crack" cocaine, and (2) carried a statutory mandatory minimum sentence of 10 years.

_____
HON. KATHARINE S. HAYDEN
United States District Court Judge

ORDER ENTERED this ____
day of April, 2009.